# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DBSI INC., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 08-12687 (PJW)<br><br>Jointly Administered |
| JAMES R. ZAZZALI, as Trustee for the Debtors' Jointly-Administered Chapter 11 Estates and/or as Litigation Trustee for the DBSI Estate Litigation Trust,<br><br>        Plaintiff,<br>  v.<br><br>COLLINS WOERMAN and JOHN DOE 1-10,<br><br>        Defendant. | Adversary Proceeding No. 10-54808(PJW) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against either party.

                                        PHILLIPS, GOLDMAN & SPENCE, P.A.

                                        /s/ Stephen W. Spence
                                        Stephen W. Spence, Esquire (#2033)
                                        Stephen A. Spence, Esquire (#5392)
                                        1200 North Broom Street
                                        Wilmington, DE 19806
                                        Telephone: 302.655.4200
                                        Facsimile:  302.655.4210
                                        sws@pgslaw.com
                                        sas@pgslaw.com

                                -and-

                      MITNICK & MALZBERG, P.C.
                      Steven J. Mitnick, Esquire
                      P. O. Box 429
                      Frenchtown, NJ  08825
                      Telephone: 908.996.3716
                      Facsimile:   908.996-7743
                      SMitnick@mmpclawfirm.com
                      *Co-Counsel to James R. Zazzali, as Chapter 11*
                      *Trustee, and/or as Litigation Trustee for the DBSI*
                      *Estate Litigation Trust*

Dated:  April 4, 2011